

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-18-00148-CR

| | | |
|---|---|---|
| Mary Catherine Walters | § | From the 355th District Court |
| | § | of Hood County (CR13070) |
| v. | § | June 21, 2018 |
| | § | Opinion by Justice Dauphinot |
| The State of Texas | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

SECOND DISTRICT COURT OF APPEALS

By /s/ Lee Ann Dauphinot
Justice Lee Ann Dauphinot